# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| SHAMIKO McDEW, ) | CASE NO. 07-60215 |
| ) | |
| Debtor. ) | JUDGE RUSS KENDIG |
| ) | |
| ) | **MEMORANDUM OF OPINION** |
| ) | |

This matter is before the court on Debtor's Motion to Reconsider Dismissal of Case, filed September 17, 2007.

Debtor attempted to convert her case from a Chapter 13 to a Chapter 7 on May 14, 2007. Debtor's counsel did not have Debtor sign the Notice of Conversion. A notice of deficiency was sent on May 15, 2007.

Debtor's counsel did not correct the deficiency. The court entered a show cause order on June 4, 2007, setting a deadline for Debtor's counsel to correct the deficiency or request a hearing on the order to show cause.

Debtor's counsel did neither. The court entered an order dismissing the case on June 26, 2007.

Debtor filed a Motion to Reinstate Case on July 17, 2007. The court held a hearing on this case on August 20, 2007. Debtor's counsel failed to appear, but Debtor appeared in person. The court informed Debtor that it would approve her Motion to Reinstate and that her counsel should submit an order to that effect by September 4, 2007.

Debtor's counsel submitted an order on August 30, 2007. It was deficient and returned to him. Debtor's counsel submitted an amended order on September 5, 2007. It was both deficient and after the deadline. On September 17, 2007, the court entered an order denying Debtor's Motion to Reinstate. That same day, September 17, 2007, Debtor's counsel filed a Motion to Reconsider Dismissal of Case. (This, too, was deficient with respect to the required 20A notice, but the deficiency was at least corrected after only two notices of deficiency.)

On November 8, 2007, this court received notice that Judge Morgenstern-Clarren had revoked the ECF electronic filing privileges of Debtor's counsel, Donald S. Nance. Notice to this effect was also sent to Debtor on November 10, 2007.

The court held a hearing on Debtor's Motion to Reconsider Dismissal of Case on November 19, 2007. Once again, Debtor appeared in person and her counsel did not. The court reserved its ruling on the instant motion at that hearing.

Ten days have passed and no action has been taken. By a separate order entered contemporaneously, Debtor's motion will be denied.

Debtor is urged to consider the Notice of November 10, 2007.

/s/ Russ Kendig

DEC - 3 2007

RUSS KENDIG
U.S. BANKRUPTCY JUDGE

**Service List**:

Shamiko McDew
2946 Shortridge Ave. NE
Canton, OH 44705

Donald S. Nance
11811 Shaker Blvd, Suite 420
Cleveland, OH 44120

Anne Piero Silagy, Esq
220 Market Ave S
#300
Canton, OH 44702